| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| DAVID L ERICKSON,<br><br>    Plaintiff,<br><br> v.<br><br>LOPEZ et al.,<br><br>    Defendant. | CASE NO. C11-5982-RJB-JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks for leave to amend the complaint (ECF No. 7). No answer or summary judgment motion has been filed and plaintiff's motion is GRANTED.

Plaintiff asks that the Court make changes to his original complaint in an attached "declaration." (ECF No. 7). The Court declines to perform this function. If plaintiff wishes to amend the complaint, then plaintiff must file a complete amended complaint. Forcing plaintiff to make the changes ensures plaintiff and the Court that the changes are the ones he wants to make.

1 Further by plaintiff making the changes the Court does not entangle itself in the action by
2 performing clerical work for a party.
3     Plaintiff will have until March 2, 2012, to file his amended complaint. The amended
4 complaint will act as a complete substitute for the original and not as a supplement. If the
5 amended complaint adds any new defendants then plaintiff is reminded that he must provide
6 service copies for the Court and an address so the Court can attempt to serve the amended
7 complaint by mail.
8     Dated this 27th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge