UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L ERICKSON,

                Plaintiff,

    v.

SARGEANT LOPEZ,

                Defendant.

CASE NO. C11-5982-RJB-JRC

ORDER

       This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a letter asking for guidance from the Court (ECF No. 14). The Court has given plaintiff leave to file an amended complaint and plaintiff complains that the only copy of his final grievance was attached to the original complaint.

       The Court will consider page five of the original complaint (ECF No. 5, (Offender grievance log number 1017459)), as a filed part of plaintiff's amended complaint. The amended complaint is due March 9, 2012.

       Dated this 27th day of February, 2012.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1