UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L. ERICKSON,

                Plaintiff,

     v.

SARGEANT LOPEZ et al.,

                Defendants.

CASE NO. C11-5982-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: APRIL 20, 2012

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff filed an amended complaint that added a defendant who is another inmate, William Oliver (ECF No. 17). Plaintiff's claims against this defendant are state tort claims. Plaintiff asked the Court to stay this action while he completed a tort claim process in state court (ECF No. 18).

The Court denied the motion to stay the action and directed plaintiff to show cause why the new defendant should not be summarily dismissed from the action (ECF No. 20). Plaintiff has responded and agrees with the Court (ECF No. 22).

REPORT AND RECOMMENDATION - 1

1       The Court, therefore, recommends that defendant William Oliver, and the tort claims in the amended complaint be dismissed from this action without prejudice.

      Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. <u>See also</u> Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. <u>See</u> 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on April 20, 2012, as noted in the caption.

      Dated this 19th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge