UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID L. ERICKSON,<br><br>    Plaintiff,<br><br>v.<br><br>SARGEANT LOPEZ,<br><br>    Defendant. | CASE NO. C11-5982-RJB-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation [Dkt 24];

2. Defendant William Oliver and the tort claims against him are DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 20th day of April, 2012.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1